**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ELIZABETH MATTSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-00193** |
| | ) | **Judge Aleta A. Trauger** |
| **LANDMARK RECOVERY OF** | ) | |
| **LOUISVILLE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss Plaintiff's Amended Complaint or, In the Alternative, to Stay filed by defendant Landmark Recovery of Louisville, LLC (Doc. Nos. 12) is **DENIED**.

The initial case management conference is **RESET** for **December 9, 2024** at **1:30 p.m.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge